

# Fourth Court of Appeals
## San Antonio, Texas

September 7, 2016

No. 04-16-00294-CV

**EX PARTE CARLOS HUTCHINSON**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI18720
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellee's brief was due August 29, 2016. Neither the brief nor a motion for extension of time has been filed. We **order** appellee's brief filed by **September 19, 2016**. If the brief is not filed by the date ordered, we may order the case submitted without an appellee's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court